# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 25-mj-2065-DPR |
| Dennis Cleveland, | ) ) |
| Defendant. | ) |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ Willie J. Epps, Jr.
Willie J. Epps, Jr.
Chief United States Magistrate Judge

Dated: 12/1/2025

Springfield, Missouri